UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

NILSA SOUCHET,

    Plaintiff,

v.

HOSPITAL SAN CRISTOBAL,

    Defendant.

Civil No. 98-1559 (JAF)

## O R D E R

Counsel Graham A. Castillo Pagán's "Motion Requesting Leave to Join Legal Representation," filed October 18, 1999, Docket Document No. 8, is **GRANTED**. The plaintiff will show cause as to why this case should not be dismissed for lack of diligent prosecution. See our previous Order on this subject, Docket Document No. 5.

**Ten (10) calendar days are granted from the date of issuance of this order.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of May, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge