# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NILSA SOUCHET

VS.  CIVIL NO. 98-1559(JAF)

HOSPITAL SAN CRISTOBAL

---

### DESCRIPTION OF MOTION

DATE FILED: 5/15/00  DOCKET: 10

[x] Plffs.  [ ] Defts.

TITLE: MOT. SUBMITTING RESPONSE TO OSC AND REQ DEFT TO SHOW CAUSE WHY THE REQ FOR ADMISSIONS SHOULD NOT BE DEEMED ADMITTED

### O-R-D-E-R

You must move this case in its road to conclusion with all deliberate speed. Also serve summons & if already served, please file the return of service for record purposes. (5 days.) After that is done, I will schedule the case. Scheduling order (tentative) will issue.

5/25/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE