UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: OCTOBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　CASE NO. CIVIL 98-1559(JAG)

===================================================================

NILSA SOUCHET　　　　　　　　　　　　Attorneys:
　　　　　　　　　　　　　　　　　　　　For Plantiff:

　　　　VS

　　　　　　　　　　　　　　　　　　　　For Defendant:
HOSPITAL SAN CRISTOBAL

===================================================================

By Order of the Court the pretrial conference in the above-mentioned case scheduled for tomorrow is hereby vacated and set aside and a status conference is hereby scheduled before **before Judge Garcia Gregory on FRIDAY, DECEMBER 1, 2000 AT 3:30 PM.**

　　Parties to be notified.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lily Alicea-Courtroom Deputy