UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: DECEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           CASE NO. CIVIL 98-1559 (JAG)

===================================================================

NILSA SOUCHET                              Attorneys:
                                           For Plaintiffs:

         VS
                                           For Defendant:
HOSPITAL SAN CRISTOBAL


===================================================================

   By Order of the Court the Status Conference in the above-mentioned case set for Friday, December 1, 2000 at 3:30 PM is hereby vacated and set aside.

   Parties to be notified.


                                      _____
                                           LILY ALICEA
                                        COURTROOM DEPUTY