# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NILSA SOUCHET

**Plaintiff(s)**

v.                                              CIVIL NUMBER:   98-1559 (JAG)

HOSPITAL SAN CRISTOBAL, a/k/a
QUALITY HEALTH SERVICES OF P.R.,
INC., et al

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/22/01<br>**Title:** Motion for Leave to Serve Third Party Complaint<br>**Docket(s):** 22<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

INtake
4/26/01