UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SOUCHET

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1559 (JAG)

HOSPITAL SAN CRISTOBAL, a/k/a
QUALITY HEALTH SERVICES OF P.R.,
INC., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/10/01<br>**Title:** Motion Requesting Extension of Time to Plead (third-party defendant)<br>**Docket(s):** 28<br>[ ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED** until August 15, 2001. |

Date: July 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

