UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY -9 PM 12:59

RECEIVED AND FILED

NILSA SOUCHET

**Plaintiff(s)**

v.                                           CIVIL NO.   98-1559 (JAG)

HOSPITAL SAN CRISTOBAL, a/k/a
QUALITY HEALTH SERVICES OF P.R.,
INC., et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/15/02<br>**Title:** Defendant's Joint Motion Requesting Postponement on the Resolution, etc.<br>**Docket(s):** 34<br><br>[ ] Plff(s)   [X] Dft(s)   [ ] Other | **GRANTED.** |

Date: May 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge