IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SOUCHET, et al

**Plaintiff**

v.                                              CIVIL NO. 98-1559(JAG)

HOSPITAL SAN CRISTOBAL, <u>et al.</u>

**Defendants**

---

**MEDIATION ORDER**

The Court schedules the above-entitled case for **MEDIATION**, with principals available, in person or by telephone (preferably in person), on **Thursday, June 13, 2002 at 10:00 a.m.**
The Honorable A. David Mazzone will serve as mediator.

The parties are ordered to submit a **Mediation Memorandum**, not to exceed seven pages in length, to Judge Mazzone, by fax, at (617) 748-4127, by Friday, **June 7, 2002**. The parties shall also hand-deliver a courtesy copy of their Mediation Memoranda to Chambers by **June 7, 2002**.

The parties should use their memoranda to explain to the Judge matters that you cannot (or would not like to) place in the public file; prior settlement efforts; ideas and strategy regarding settlement; and any other information that would help Judge Mazzone in his mediation efforts. The Court will provide Judge Mazzone with copies of the Complaint, the Answer, and any other case-related documents that will help him understand the underlying substantive issues involved in the case.

The parties should bear in mind that their Mediation Memoranda must be sent **confidentially** to Judge Mazzone and to this Judge's Chambers. They should **not** file their memoranda with the Clerk of

1

Court or otherwise make it part of the record in the case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 4th day of June 2002.

_____
JAY A. GARCIA GREGORY
United States District Judge