UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING** :                    DATE: JULY 9, 2002

BEFORE HONORABLE ROBERT A. WARD

COURTROOM DEPUTY:  Lily **ALICEA**          CASE NO. CIV. 98-1559(JAG)

===============================================================

NILSA SOUCHET                               Attorneys:

     VS

HOSPITAL SAN CRISTOBAL

---

By Order of the Court a mediation conference is hereby set before **Honorable Robert A. Ward on Thursday, July 18, 2002 at 10:00 A.M.**

Parties to be notified.

                                                       Lily Alicea-Courtroom Deputy


