**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

<u>Minutes of Proceedings</u>

**HONORABLE ROBERT J. WARD**                 Date:  JULY 18, 2002

**LAW CLERK:  Elizabeth Carpenter**          **CIVIL CASE: 98-1559 (JAG)**

---

| Parties | Attorneys |
|---|---|
| Nilsa Souchet, | Javier Morales-Ramos |
|     Plaintiff, | |
|     v. | |
| Hospital San Cristobal, et al., | Graham Castillo-Pagan |
|     Defendants. | Johanna Emmanuelli-Huertas |
| | Anselmo Irizarry-Irizarry |
| | Miguel Limeres-Grau |

---

    Mediation held.  Court recommended settlement for $290,000.  Counsel to recommend to clients and report to JAG by August 15, 2002.  Counsel to request continuance of trial currently set for September 9, 2002.


Elizabeth Carpenter
Law Clerk



