IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NILSA SOUCHET

    **Plaintiff(s)**

        **v.**

HOSPITAL SAN CRISTOBAL

    **Defendant(s)**

CIVIL NO. 98-1559 (JAG)

*Filed and Entered August 30, 2002 5:00 pm.*

---

## JUDGMENT

Upon Joint Motion Notifying as to Settlement and Stipulation for Voluntary Dismissal With Prejudice, the Court hereby enters judgment dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of August 2002.

                JAY A. GARCIA-GREGORY
                U.S. District Judge

CT Deputy